No. 75–1799. BOARD OF EDUCATION OF INDEPENDENT SCHOOL DISTRICT No. 53 OF OKLAHOMA COUNTY v. BOARD OF EDUCATION OF INDEPENDENT SCHOOL DISTRICT No. 52 OF OKLAHOMA COUNTY ET AL. C. A. 10th Cir. Certiorari denied.

No. 75–1833. MEYERS ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 75–1862. ADVOCATES FOR THE ARTS ET AL. v. THOMSON, GOVERNOR OF NEW HAMPSHIRE, ET AL. C. A. 1st Cir. Certiorari denied.

No. 75–1893. TORTORELLO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–6675. HAWTHORNE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 75–6800. FIGUEROA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–6805. BROWN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 75–6807. WILLIAMS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 75–6867. PRYOR v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 75–6931. MARTIN-PLASCENCIA, AKA HERNANDEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–6969. LEE, AKA CARTER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.